September 24, 2021

**VIA ECF & EMAIL**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007
Furman_NYSDChambers@nysd.uscourts.gov


      Re:    <u>Nastasi & Associates, Inc. v. Bloomberg, L.P. et al, Index No. 1:20cv5428</u>

Dear Judge Furman:

All parties to the above-referenced action jointly submit this letter pursuant to the Court's September 13, 2021 Order (the "Order"). (ECF No. 25.) In its Order, the Court asked the parties to propose a path forward in this case, including whether the case should be stayed pending Plaintiff Nastasi & Associates, Inc.'s ("Nastasi") most recent appeal; whether an answer deadline and/or briefing schedule should be set; and whether an initial conference should be held.

First, Nastasi has confirmed its intention to withdraw its Notice of Appeal filed in the U.S. Court of Appeals for the Second Circuit of this Court's order in the related action (Index No. 1:18cv12361.) Accordingly, it is unnecessary to stay this action pending that appeal.

Next, all parties have agreed to the following briefing structure and schedule for the motion to dismiss, which complies with this Court's March 13, 2019 order (dkt no. 101) in the predecessor action, dismissed on August 11, 2021:

- By October 22, 2021, Defendants will file a joint memorandum of law in support of their motion to dismiss, not to exceed 30 pages, which will set forth a common statement of facts and will present a common discussion of the law. Each Defendant may also submit an individual memorandum of law, not to exceed 8 pages, which will address factual and legal issues unique to its, his or her particular posture in this action;

- By November 20, 2021, Plaintiff will file a single consolidated memorandum in opposition, not to exceed 50 pages; and

- By December 14, 2021, Defendants will file a single, consolidated reply memorandum, not to exceed 20 pages.

Given the above agreements, the parties do not believe a conference with the Court will be necessary at this time. We respectfully request that the Court enter an order reflecting this agreement.

Respectfully Submitted,

SPIRO HARRISON

*/s/ David B. Harrison*
David B. Harrison
Jason C. Spiro
830 Morris Turnpike, Second Floor
Short Hills, NJ
973.232.4109
dharrison@spiroharrison.com

*Attorneys for Plaintiff Nastasi & Associates, Inc.*

PECKAR & ABRAMSON, P.C.

By: /s/ Thomas J. Curran
    Thomas J. Curran
    Doris Diana Short
    1325 Avenue of the Americas, 10th Fl.
    New York, NY 10019
    Telephone:  (212) 382-0909
    Facsimile: (212) 382-6101

*Attorneys for Defendant Turner Construction Company*

BRACEWELL LLP

By: /s/ Keith Blackman
    Allan N. Taffet
    Joshua C. Klein
    Keith Blackman
    1251 Avenue of the Americas, 49th Fl.
    New York, NY 10020
    Telephone:  (212) 508-6100
    Facsimile: (212) 508-6101

*Attorneys for Defendants Bloomberg, L.P., William Dale Summerville and Lauren Eckhart Smith*

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ Jonathan I. Gleklen
    Jonathan I. Gleklen (*pro hac vice*)
    601 Massachusetts Ave., N.W.
    Washington, DC 20001

    Jennifer B. Patterson
    250 W. 55th Street
    New York, NY 10019
    Telephone:  (212) 836-8000
    Facsimile: (212) 836-8689

*Attorneys for Defendants Bloomberg, L.P.*

KEOGH LAW GROUP, PLLC

By: /s/ Gerard L. Keogh
    Gerard L. Keogh
    200 Park Avenue
    Suite 1700
    New York, NY 10166
    Telephone:  (212) 639-1600

*Attorneys for Defendants Eurotech Construction Corp. and Fay Devlin*

| | |
|---|---|
| MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.<br><br>By: /s/ Edward M. Spiro<br>    Edward M. Spiro<br>    565 Fifth Avenue<br>    New York, NY 10017<br>    Telephone: (212) 856-9600<br>    Facsimile: (212) 856-9494<br><br>*Attorneys for Defendants Donaldson Acoustics Co., Inc. and Duane Robert Donaldson* | LAW OFFICES OF JONATHAN M. COOPER<br><br>By: /s/ Jonathan M. Cooper<br>    Jonathan M. Cooper<br>    483 Chestnut Street<br>    Cedarhurst, NY 11516<br>    Telephone: (516) 791-5700<br>    Facsimile: (516) 791-8188<br><br>*Attorneys for Defendant Javier Paulino* |
| HERRICK, FEINSTEIN LLP<br><br>By: /s/ Jason A. D'Angelo<br>    Jason A. D'Angelo<br>    2 Park Avenue<br>    New York, NY 10016<br>    Telephone: (212) 592-5911<br>    Facsimile: (212) 592-1500<br><br>*Attorneys for Defendant Marilyn Francisco* | PIERCE & KWOK LLP<br><br>By: /s/ Aaron Harold Pierce<br>    Aaron Harold Pierce<br>    299 Broadway, Suite 1405<br>    New York, NY 10007<br>    Telephone: (347) 678-7262<br><br>*Attorneys for Defendant Anthony Guzzone* |
| SMITH & KING LLC<br><br>By: /s/ David Smith<br>    David Smith<br>    666 Old Country Road, Suite 305<br>    Garden City, NY 11530<br>    Telephone: (516) 213-0018<br>    Facsimile: (917) 591-3244<br><br>*Attorneys for Defendant Michael Campana* | LAW OFFICES OF ERIC FRANZ P.L.L.C.<br><br>By: /s/ Eric P. Franz<br>    Eric P. Franz<br>    220 Old Country Road<br>    Mineola, NY 11501<br>    Telephone: (212) 355-2200<br>    Facsimile: (212) 937-2217<br><br>*Attorneys for Defendant Douglas Donaldson* |

cc:    All Counsel of Record (via ECF)

Application GRANTED. The parties' proposed briefing schedule is adopted. SO ORDERED.

*[signature]*

September 24, 2021