UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
NASTASI & ASSOCIATES, INC.,                                                :
:
                            Plaintiff,             :             20-CV-5428 (JMF)
:
      -v-                                                                        :             ORDER
:
BLOOMBERG, L.P., et al.,                                                   :
:
                            Defendants.           :
------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

       On October 22, 2021, Defendants filed motions to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure, consistent with the briefing schedule set by the Court on September 27, 2021. *See* ECF No. 29. On November 12, 2021, Plaintiff filed an Amended Complaint. *See* ECF No. 52. Accordingly, it is hereby ORDERED that, notwithstanding the briefing schedule adopted on September 27, 2021, by **December 3, 2021**, Defendants shall jointly: (1) file an answer; (2) file a new joint motion to dismiss (and may also file individual motions as set out in the September 27, 2021 Order); or (3) file a joint letter on ECF stating that they rely on the previously filed motions to dismiss. If Defendants file an answer or new motions to dismiss, the Court will deny the previously filed motions to dismiss as moot. If Defendants file new motions to dismiss or rely on their previous motions, any opposition shall be filed by **December 22, 2021**, and any reply shall be filed by **January 5, 2022**.

       SO ORDERED.

Dated: November 15, 2021
       New York, New York
                                                    _____
                                                         JESSE M. FURMAN
                                                    United States District Judge