

David B. Harrison
dharrison@spiroharrison.com
Direct Dial: 973.232.4109

November 22, 2021

**VIA CM/ECF**

Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   **Nastasi & Associates, Inc. v. Bloomberg, L.P. et al, Index No. 1:20-cv-5428**

Dear Judge Furman:

Pursuant to paragraphs 1.A. and 3.A of Your Honor's Individual Rules and Practices in Civil Cases, the parties jointly submit this letter-motion requesting the Court amend the schedule it set forth in its November 15, 2021 order (ECF #53) for defendants' motions to dismiss plaintiff's amended complaint.

The parties have conferred and agreed upon the following schedule:

- Defendants will file their motions to dismiss by December 10, 2021. Defendants shall be permitted to file a joint memorandum of law in support of their motions not to exceed 30 pages and individual memoranda of law in support of their motions not to exceed eight pages;

- Plaintiff will file its opposition to the motion by January 14, 2021. Plaintiff shall be permitted to file a single, consolidated memorandum of law in opposition to all motions not to exceed ~~60~~ 50 pages; and

- Defendants will file their reply memorandum of law by February 4, 2021. Defendants shall be permitted to file a single, consolidated reply memorandum of law in support of all motions not to exceed ~~25~~ 20 pages.

www.spiroharrison.com

NEW YORK          SHORT HILLS          RED BANK

Honorable Jesse M. Furman, U.S.D.J.
November 22, 2021
Page 2 of 3

  We respectfully request that the Court enter an order reflecting this agreed-upon schedule. We thank the Court for its consideration of this matter.

                   Respectfully Submitted,

                   SPIRO HARRISON
                   */s/ David B. Harrison*
                   David B. Harrison
                   830 Morris Turnpike, Second Floor
                   Short Hills, NJ
                   973.232.4109
                   dharrison@spiroharrison.com
                   *Attorneys for Plaintiff Nastasi & Associates, Inc.*

| PECKAR & ABRAMSON, P.C. | BRACEWELL LLP |
|---|---|
| By: /s/ Thomas J. Curran<br> Thomas J. Curran<br> Doris Diana Short<br> 1325 Avenue of the Americas, 10th Fl.<br> New York, NY 10019<br> Telephone: (212) 382-0909<br> Facsimile: (212) 382-6101<br><br>*Attorneys for Defendant Turner Construction Company* | By: /s/ Keith Blackman<br> Allan N. Taffet<br> Joshua C. Klein<br> Keith Blackman<br> 1251 Avenue of the Americas, 49th Fl.<br> New York, NY 10020<br> Telephone: (212) 508-6100<br> Facsimile: (212) 508-6101<br><br>*Attorneys for Defendants Bloomberg, L.P., William Dale Summerville and Lauren Eckhart Smith* |
| ARNOLD & PORTER KAYE SCHOLER LLP | KEOGH LAW GROUP, PLLC |
| By: /s/ Jonathan I. Gleklen<br> Jonathan I. Gleklen (*pro hac vice*)<br> 601 Massachusetts Ave., N.W.<br> Washington, DC 20001<br><br> Jennifer B. Patterson<br> 250 W. 55th Street<br> New York, NY 10019<br> Telephone: (212) 836-8000<br> Facsimile: (212) 836-8689<br><br>*Attorneys for Defendants Bloomberg, L.P.* | By: /s/ Gerard L. Keogh<br> Gerard L. Keogh<br> 200 Park Avenue<br> Suite 1700<br> New York, NY 10166<br> Telephone: (212) 639-1600<br><br>*Attorneys for Defendants Eurotech Construction Corp. and Fay Devlin* |

Honorable Jesse M. Furman, U.S.D.J.
November 22, 2021
Page 3 of 3

<div style="column-count:2">

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.

By: /s/ Edward M. Spiro
    Edward M. Spiro
    565 Fifth Avenue
    New York, NY 10017
    Telephone: (212) 856-9600
    Facsimile: (212) 856-9494

*Attorneys for Defendants Donaldson Acoustics Co., Inc. and Duane Robert Donaldson*

LAW OFFICES OF JONATHAN M. COOPER

By: /s/ Jonathan M. Cooper
    Jonathan M. Cooper
    483 Chestnut Street
    Cedarhurst, NY 11516
    Telephone: (516) 791-5700
    Facsimile: (516) 791-8188

*Attorneys for Defendant Javier Paulino*

HERRICK, FEINSTEIN LLP

By: /s/ Jason A. D'Angelo
    Jason A. D'Angelo
    2 Park Avenue
    New York, NY 10016
    Telephone: (212) 592-5911
    Facsimile: (212) 592-1500

*Attorneys for Defendant Marilyn Francisco*

PIERCE & KWOK LLP

By: /s/ Aaron Harold Pierce
    Aaron Harold Pierce
    299 Broadway, Suite 1405
    New York, NY 10007
    Telephone: (347) 678-7262

*Attorneys for Defendant Anthony Guzzone*

SMITH & KING LLC

By: /s/ David Smith
    David Smith
    666 Old Country Road, Suite 305
    Garden City, NY 11530
    Telephone: (516) 213-0018
    Facsimile: (917) 591-3244

*Attorneys for Defendant Michael Campana*

LAW OFFICES OF ERIC FRANZ P.L.L.C.

By: /s/ Eric P. Franz
    Eric P. Franz
    220 Old Country Road
    Mineola, NY 11501
    Telephone: (212) 355-2200
    Facsimile: (212) 937-2217

*Attorneys for Defendant Douglas Donaldson*

</div>

cc:    All Counsel of Record (via ECF)

Application GRANTED, with the modifications included above. The Clerk of Court is directed to terminate ECF No. 54. SO ORDERED.

*[Signature]*
November 22, 2021