UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NASTASI & ASSOCIATES, INC.,

                Plaintiff,                20-CV-5428 (JMF)

       -v-                                    ORDER

BLOOMBERG, L.P. et al.,

                Defendants.
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* Docket No. 56, Defendants' earlier motion to dismiss filed at Docket No. 34 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **January 14, 2022**.  Defendants' reply, if any, is due by **February 4, 2022**.  *See* Docket No. 55.

      The Clerk of Court is directed to terminate Docket No. 34.

      SO ORDERED.

Dated: December 13, 2021
       New York, New York
                                            JESSE M. FURMAN
                                            United States District Judge