UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
NASTASI & ASSOCIATES, INC., :
:
                     Plaintiff, :
: 20-CV-5428 (JMF)
    -v- :
: **ORDER**
:
BLOOMBERG, L.P. et al., :
:
                   Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The conference scheduled for **November 10, 2022**, at **9:00 a.m.** will be held **remotely by telephone** in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.  After receiving that email, the Court will provide the parties with the call-in information for counsel with speaking roles.  All others — counsel who will not have speaking roles and members of the public — may listen to the conference by calling the Court's dedicated conference call line at (888) 363-4749 and using access code 542-1540 followed by the pound (#) key.

      SO ORDERED.

Dated: November 4, 2022
       New York, New York

                                                   JESSE M. FURMAN
                                             United States District Judge