UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
NASTASI & ASSOCIATES, INC., :
:
                            Plaintiff, :                    20-CV-5428 (JMF)
:
        -v- :                    ORDER
:
BLOOMBERG, L.P. et al., :
:
                            Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 27, 2023, counsel for Defendant, Marilyn Francisco, filed a motion to withdraw as Defendant's counsel. *See* ECF No. 107. By **January 30, 2023**, defense counsel shall serve (1) the motion and any supporting documents and (2) a copy of this Order on their client, and by **January 31, 2023**, file proof of such service on the docket. *See* S.D.N.Y. Local Rule 1.4.

       Any opposition to the motion to withdraw shall be filed by **February 3, 2023**; any reply shall be filed by **February 8, 2023**. Unless and until the Court grants the motion, Herrick, Feinstein LLP remains counsel of record for Marilyn Francisco, and discovery shall proceed as scheduled. If Ms. Francisco has secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

       SO ORDERED.

Dated: January 27, 2023
       New York, New York

                                                             JESSE M. FURMAN
                                                   United States District Judge