UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NASTASI & ASSOCIATES, INC.,                                       :
:
                      Plaintiff,                                     :                  20-CV-5428 (JMF)
:
       -v-                                                        :                  <u>ORDER</u>
:
BLOOMBERG, L.P, et al.,                                           :
:
                      Defendants.                                    :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The pretrial conference scheduled for February 8, 2023, is RESCHEDULED to **February 1, 2023, at 2 p.m.** The parties should be prepared to discuss Defendants' letter-motion seeking leave to file a formal spoliation motion, ECF No. 104, and whether Defendants intend to move for summary judgment on statute of limitations grounds. Assuming that Defendants intend to move for summary judgment on statute of limitations grounds, the Court is inclined to think that the issue of spoliation should be briefed together with summary judgment — in part because they appear to turn on similar issues, namely when Plaintiff had notice of Defendants' alleged wrongdoing. The parties should confer about these issues — and about potential briefing schedules — in advance of the conference.

        The conference will be held remotely by telephone. The parties should join it by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Further, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

        The Clerk of Court is directed to terminate ECF No. 104.

        SO ORDERED.

Dated: January 30, 2023                              _____
       New York, New York                             JESSE M. FURMAN
                                                    United States District Judge