UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
NASTASI & ASSOCIATES, INC.,                :
 :
                 Plaintiff,                       :
 :             20-CV-5428 (JMF)
      -v-                                       :
 :                  ORDER
BLOOMBERG, L.P, et al.,                       :
 :
                 Defendants.                   :
 :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held earlier today:

- The Court adopts the parties' proposed briefing schedule for Defendants' partial motion for summary judgment and spoliation motion, as follows:

  o Defendants' consolidated brief, not to exceed 35 pages, is due **March 10, 2023**;

  o Plaintiff's consolidated opposition, not to exceed 35 pages, is due **April 3, 2023**;

  o Defendants' reply, not to exceed 15 pages, is due **April 17, 2023**.

- If Defendants believe a stay of discovery is appropriate, they must first confer with Plaintiff. If the parties are unable to agree, they should submit a proposed briefing schedule to the Court, for letter-briefs not to exceed five pages, once Defendants' motion for partial summary judgment is fully submitted.

       SO ORDERED.

Dated: February 1, 2023
       New York, New York                          _____
                                                               JESSE M. FURMAN
                                                             United States District Judge