UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                                              :

NASTASI & ASSOCIATES, INC.,                     :

                                    Plaintiff,            :              20-CV-5428 (JMF)

               -v-                                  :              <u>ORDER</u>

BLOOMBERG, L.P. et al.,                         :

                                   Defendants.       :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 9, 2023, counsel for Defendant, Michael Campana, filed a motion to withdraw as Defendant's counsel. *See* ECF No. 1116. By **February 13, 2023**, defense counsel shall serve a copy of this Order on their client, and by **February 14, 2023**, file proof of such service on the docket. *See* S.D.N.Y. Local Rule 1.4.

      Any opposition to the motion to withdraw shall be filed by **February 16, 2023**; any reply shall be filed by **February 20, 2023**. Unless and until the Court grants the motion, Smith & King, LLC remains counsel of record for Michael Campana, and discovery shall proceed as scheduled. If Mr. Campana has secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

      SO ORDERED.

Dated: February 9, 2023                                _____
       New York, New York                          JESSE M. FURMAN
                                                                 United States District Judge