UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NASTASI & ASSOCIATES, INC.,                                       :
:
                Plaintiff,                                 :
:    20-CV-5428 (JMF)
     -v-                                                       :
:    ORDER
BLOOMBERG, L.P, et al.,                                           :
:
                Defendants.                                :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Upon review of the parties' letters, *see* ECF Nos. 146-47, the Court GRANTS Defendants' motion to stay discovery pending a decision on their motions for summary judgment and spoliation sanctions. Defendants certainly could have, and probably should have, moved for a stay earlier, but most, if not all, of the costs of the delay are sunk costs. Given the potentially dispositive nature of Defendants' motions (upon which the Court intimates no view), the relatively short duration of any stay, and the scope and costs of future discovery, the Court agrees with Defendants that a stay is appropriate.[1]

       The Clerk of Court is directed to terminate ECF No. 146.

       SO ORDERED.

Dated: June 22, 2023
       New York, New York
                                                  JESSE M. FURMAN
                                            United States District Judge

---

[1]     To the extent that Plaintiff can demonstrate prejudice as to particular items of discovery (e.g., a witness who may be unavailable for a deposition later), it may move — after conferring with Defendants — for a partial lifting of the stay to complete that portion of discovery.