**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NASTASI & ASSOCIATES, INC.,

                Plaintiff,

    -against-                                 20 **CIVIL** 5428 (JMF)

                                                 **<u>JUDGMENT</u>**

BLOOMBERG, L.P. et al.,

                Defendant.

-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated February 15, 2024, Defendants' motion for

summary judgment is GRANTED and N&A's claims are dismissed, albeit without prejudice to

refiling the state-law claims in state court. Defendants' motion for spoliation and discovery

sanctions is GRANTED in part and DENIED in part as moot; accordingly, the case is closed.

**Dated:** New York, New York

      February 15, 2024

                                      **RUBY J. KRAJICK**
                                    _____
                                        **Clerk of Court**

                     **BY:**    K. Mango

                                    _____
                                        **Deputy Clerk**